Daniel Slemmer
(Name)

P.O. Box 3030
(Address)

Susanville, CA. 96127-3030
(City, State, Zip)

D55638-cell B4-140ᵁ
(CDC Inmate No.)

| 2354 | 1983 ✓ |
| FILING FEE PAID | |
| Yes____ No____ ✓ | |
| IFP MOTION FILED | |
| Yes ✓ No____ | |
| COPIES SENT TO | |
| Court ✓ ProSe____ | |

**ORIGINAL**

**FILED**

MAR 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

## United States District Court

### Southern District of California

Daniel Slemmer,
(Enter full name of plaintiff in this action.)

                                    Plaintiff,

    v.

Elizabeth Slemmer,
Niles Slemmer,
_____,
_____,
(Enter full name of each defendant in this action.)

                                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**'08 CV 0527 JAH LSP**

Civil Case No. _____
(To be supplied by Court Clerk)

**Complaint Under the Civil Rights Act 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below. _____

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, Daniel H. Slemmer, who presently resides at H.D.S.P. P.O. Box
(print Plaintiff's name)                                          (mailing address or place of confinement)
3030 Susanville, CA 96127-3030, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at High Desert State Prison on (dates) _____, _____, and _____
(institution/place where violation occurred)          (Count 1)      (Count 2)      (Count 3)

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

K:\COMMON\EVERYONE\1983\1983FORM.COM

Defendant _Elizabeth Slemmer_ resides in _Riverside Cal~_,
(name)                                    (County of residence)
and is employed as a _____. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _____

_____

_____

Defendant _Niles Slemmer_ resides in _Moreno Valley - Riv Co_,
(name)                                  (County of residence)
and is employed as a _Don't Know_____. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _That my Brother has wrote me a messed up_
_letter, staten that he was going to make it hard for me_
_to come back to anything. He has me stressing amongother things_

Defendant _Elizabeth Slemmer_ resides in _Moreno Valley - Riv co_,
(name)                                    (County of residence)
and is employed as a _At Home Person_____. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _She toke all my personal property, cloths_
_ect and other stuff and she gave it all to Goodwill_
_without my permission_

Defendant _____N A_____ resides in ____N A____,
(name)                                  (County of residence)
and is employed as a _____N A_____. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _____N A_____

_____N A_____

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated:_____

(E.g., right to medical care, access to courts,

_____cruel and unusual Punishment_____.

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:  [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

mR. Niles Slemmer, wrote me a letter on 1-20-08 and i recived on 1-29-08,

And he has statements to me about hes going to make sure that he was going to make sure it was going to be hard for me when i get out, and that he was going to make sure that i have nothing to come back to. He did tell me that he Has gone through the right county offices to make sure that i am No longer allowed in the county of Riverside without permission, so he Has theasten me with this statement plus He as put me through stress and cruel and unusual punishment, and Now it Depress me and Now i have to worry about whats going to happen, with me because of what my Brother Has said.

I DO have a letter that mR Niles Slemmer has sent me saying Statements to this.

**Count 2:** The following civil right has been violated: _____

(E.g., right to medical care, access to courts,

_____ freedom of religion, freedom cruel and unusual Punishment

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts:** [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

I recived a letter from ms. Betty slemmer and she stated that she toke it apond her self to take all my personal property, clothes, radio, coffee pot, a little heater, I had (6) bags of clothes, (2) suit cases, (2) Backpacks, and a Book Bag Bed stuff, and a case full of hygen, then all my Native Indian stuff my herbs Sage, ceder sweetgrass, medicine Bag Beads with A long other stuff and gave it all to Goodwill and Flush it down the Toilet without my permission, Also I ask her for of my paper work, like Doctors papers on so on, she refuses to give them to me,

I want everything all paper work I was Adopted in to the family, and they dont want nothing to do with me now, thats fine Just want all paper work, and 0 for her to repay to all my stuff for stressing me out, Pain & Suffering, for messing with religion And I have 2 letters that my mother has amitted to heat wrong doings.

**Count 3:** The following civil right has been violated:_____

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts:**  [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____ NA _____

Defendants: _____ NA _____

(b)  Name of the court and docket number: _____ NA _____

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____ NA _____

(d)  Issues raised: _____ NA _____

_____

_____

_____

(e)  Approximate date case was filed: _____ NA _____

(f)  Approximate date of disposition: _____ NA _____

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____

_____

_____

_____

_____

_____

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s): That they pay for all my Personal stuff pain & suffer, stresses, And well for the court costs

    2. Damages in the sum of $ 5,000⁰⁰.

    3. Punitive damages in the sum of $ 5,000⁰⁰.

    4. Other: _____

**F. Demand for Jury Trial**

    Plaintiff demands a trial by ☐ Jury ☑ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

    In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

3/16/08
Date

*Daniel Slemmer*
Signature of Plaintiff

EXHIBIT

Daniel

I sent your pictures, Indian papers, Salvation papers, mason licence, all your person letters etc to you. They sent them back. So if you want them keep this letter and give it to a policeman & have him come head with you to get them I'll hold them for you. I saw a copy of your birth certificate in your personal papers. The box is sealed with stamps all over it from the prison I'm not opening it.

Mom



Feb 12th 2008

Dear Daniel

I'm writing this letter because there are things that need to be said. there will be no need for you to respond as I'm not interested in hearing from you, seeing you or any of your friend calling or coming by. I've changed my number so you won't be able to give it to the prisoners anymore.

Now as to your adoption paper & your birth certificate those are my records & I've copyed them for you only for you to lose them many times. I paid for them & you can get them threw the county of Riverside just like I did. I'm sure that whoevers helping you can get them. Your going to be 40 yrs old & its your responsabilty to take care of these things now.

Now as for your stuff. I told you and you agreed in fround of Nile & Cassie that you understood what I was telling you but I'll tell you one last time. I told you I was having the house painted and your stuff couldn't stay in those sheds for long. You'd have to put them someplace else. I also told you that if you got into trouble I was going to give it to the Good Will as I wasn't going to keep it for a nother 20 years on my property. this is stuff I bought you all these years every time you got out, What upset me is when I went threw them what was there your smut magazines (I destroyed) Smut DVD (I destroyed) that God for awful smelling weed that I don't know what it was but I flushed it down

EXHIBIT

②

the toilet if it was what I think it was. & I'll remember the smell, you had a awful nerve leaving it at my home. then there were all the new clothes you got & socks & underware and they were gone. & the coats I gave you were gone the shoes & belt I got you were gone the new DVD, VHS & CD players that I got Dad just before he died & gave you were gone & that awful stero with meltel handles was the only thing left & that dirty coffee pot & I gave them to Goodwill. Remember I gave you a new coffee pot (Black) when you got out & forks & Knives & spoons, dishes & thing for that trailer you were in in Hemit when you were there & what did you do you left it all there when you left there to go to those Black peoples place in Perris & they beat you up (remember the pictures we took) & yours new CD player & radio that Corrie & I got you was broken what a waist of money everytime you get out we buy you clothes, shoes, Jewelry, Radios, CD players DVD's, TV's, toaster ovens, bikes & many more things & you never take care of nothing & the junk left over I end up holding onto until the next time. Well Dan I can't do it anymore. my health just can't take the stress you cause. then theirs your paranoid schicophrenic condition to deal with. Like the time you told the prison Dr your Dad got shot & you were upset & needed medicine & then the guards cought you selling your medicine it's on your records so you can't say it didn't happen. And the time you told

EXHIBIT

③

them you've had seceres since you was a young child which was a lie, you never had seceres you use to hold your breath + finally the Drs told me to walk away from you + let you faint. I did + you stopped doing it. I'd even taken you to the social security office each time to get you help so you could take care of yourself. but you manage to end back up in prison before the paper work could go threw. Then there's the food voltures how you took that last 90 some dollars + blew it you knew you had to go to court for being caught in a Motel room with that man + your drug porafanila and told me they charged you with gang banger and let you go. Then there's the accident you got in + your knee hurt. You went to Kisor (can't spell) and used Charlies ensurance to get it looked at. Well your friends at the park gave you up to Pop. Your friend got three yrs of working his car + you were with him they told on you. Pop was going to charge you but he took off when the DA wanted me to give him up for giving me my pink earring back that you sold him for $10. And the cell phone you said your friends wife had Pop had Niles gave it to you when you broke yours you got from that man in Hemit. then there the lies you told me about going to toys are us looking for a job on a bike that had two flats. you tryed to come between Niles + Corrie + I but we were to smart for you. We keept each other informed because of your lies all the time. toys are us had been closed for years you spent your day with that man drinken + thats why I put you out + you lied to them to make them mad at

EXHIBIT

④

me but it didn't work. And what did Niels do he keep helping you. What did you do to repay him you took the paint left over & sold it to the man that lives by Pops. That man was so upset he might get into trouble and Mary Anns mother could of put charges against you. Now your trying to cause trouble between Mary Ann & Niels by holding something he did over his head. We all know even Mary Ann that Niels is not dumb enough to ever tell you any mistakes hes made. And we don't beleive you. Your just trying to manipulate things again. It doesn't work with us we've not afraid of you Daniel you can't bring charges against Niels because he wrote that letter to you or for the stuff I gave to Goodwill you were warned ahead of time. You've only got yourself to blame when things go wrong for you. We are law abiding people who pay their taxes, obey the laws & work for the things we have. The D.A.'s secretary called & wanted us to write your put it on their files so they could get a restraining order against you to stay away from us when you get out. I'm sending this letter to them too. I've done all I could do for you Dan. You know I never lied to you & you are a good worker & I payed you for helping me out while you were hear so they couldn't arrest you as a vagerent. I'll never stop loving you your my 1st Child but I just can't take any more. I've left this problem in Jehovah's hands & hope you'll change but if not it'll have to be what it is you can only do so much.

Betty (Mom)

PS →

EXHIBIT

1/20/08

Daniel,

You're probably wondering why you haven't received responses to any letters or your calls. Well to put it in terms you can understand, here we go. You have hurt Mom, myself, Marian, Chloe', and Corrie and her family for the **LAST** time. The reason I underlined and made the word LAST so bold, is because we no longer are willing to call you family. If dad was alive...he would of beat the fuc* out of you, and you know it. Your lying, your stealing, all your BS you gave us while we were helping you survive. I have never ever put this much effort in helping someone before. And because of you, I will never help anyone but myself again. You're the reason people in this world hate helping people on the street, picking up hitch hikers and what not. Because they get the same crap you gave us.

We have gone through the right county offices to make sure you are no longer allowed in this county without permission. We have requested the county of Riverside to put a restraining order on you as part of your parole condition once and if you are released. You are to no longer try to contact or call, or come near us within 30 feet of anyone. Corrie, Niles, Marian, Betty, Jason, Cameron, Jocelyn, Chloe'. We have been instructed to try to be at every parole hearing to make sure you STAY in that horrible place. You are no longer welcome in this city.

We are currently changing all phone numbers, and preparing to move away. It's going to be hard on mom, but we are trying to make sure you don't have ANYTHING to come back to. And because of you, mom has to move because she is afraid you will kill her since we caught you lying, stealing and taking drugs while we were helping you out. Every time mom looks for her jewelry, she can't help to see you have stolen even more stuff. And too, I cannot believe you were under a controlled substance around my kid and wife, even staying over at my house. Rot in hell dumb ass. You are never to come around us again. Drugs are no part of our families.

Our numbers are changed till we move, so you're not going to get in touch with us ever again. I held up my end of the bargain, and kept my word to help you, when dad died. I did, and you decided to shit all over us. So the deal is broken. Please stop writing us and Corrie, because the post office knows not to deliver them to us.

Good Luck...you're going to need it!

Not your brother,

Niles

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Daniel Slemmer
_____

**PLAINTIFF or PETITIONER**

v.

Betty Slemmer & Niles Slemmer
_____
**Defendant or Respondent**

**Case Number:**

## PROOF OF SERVICE

_____,

   I hereby certify that on MARch 16 , 20 08, I served a copy
of the attached Complaint under the civil Rights act , by  placing a copy in
a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope
in the United States Mail at High Desert State prison.

I declare under penalty of perjury that the foregoing is true and correct.

Daniel Slemmer

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254    1983

FILING FEE PAID
Yes ____    No ____

IFP MOTION FILED
Yes ✓

COPIES SENT TO
Court ✓    Pro Se

**FILED**
MAR 20 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**I (a) PLAINTIFFS**

Daniel Sleemer

Slemmer, et al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** Lassen
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Daniel Sleemer
PO Box 3030
Susanville, CA 96127
D-55638

ATTORNEYS (IF KNOWN)

**'08 CV 0527 JAH LSP**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)     FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $ _____   Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE _____   Docket Number _____

DATE   3/20/2008

SIGNATURE OF ATTORNEY OF RECORD

