Daniel Slemmer
PLAINTIFF/PETITIONER/MOVANT'S NAME

D55638 - cell B4-1404
PRISON NUMBER

High Desert State prison
PLACE OF CONFINEMENT

P.O. Box 3030, Susanville, CA 96127-3030
ADDRESS

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

ORIGINAL FILED
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Southern District Of California

Daniel Hayes Slemmer,
Plaintiff/Petitioner/Movant

v.

Betty & Niles Slemmer,
Defendant/Respondent

Civil No. '08 CV 0527 JAH LSP
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Daniel Hayes Slemmer, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☑ Yes ☐ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration High Desert State prison
    Are you employed at the institution?         ☐ Yes ☑ No
    Do you receive any payment from the institution?   ☐ Yes ☑ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __NA__

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __NA__

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends  ☐ Yes ☒ No
   c. Pensions, annuities or life insurance           ☐ Yes ☒ No
   d. Disability or workers compensation              ☐ Yes ☒ No
   e. Social Security, disability or other welfare    ☐ Yes ☒ No
   e. Gifts or inheritances                           ☐ Yes ☒ No
   f. Spousal or child support                        ☐ Yes ☒ No
   g. Any other sources                               ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. __NA__

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): __NA__
   b. Present balance in account(s): __NA__

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): __NA__
   b. Present balance in account(s): __NA__

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make: __NA__   Year: __NA__   Model: __NA__
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed? __NA__

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☑ No
   If "Yes" describe the property and state its value. __NA__

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __NA__

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): __NA__

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): __NA__

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. __NA__

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____    _/s/ Daniel Slemmer_____
        DATE                   SIGNATURE OF APPLICANT

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

### PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____
(NAME OF INMATE)

_____
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $_____

and the *average monthly deposits* to the applicant's account was $_____

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____          _____
DATE                              SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                                  _____
                                  OFFICER'S FULL NAME (PRINTED)

                                  _____
                                  OFFICER'S TITLE/RANK