# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900



**FILED**
APR 16 2008
W. Samuel Hamrick, CLERK, U.S. DISTRICT COURT
Clerk SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

**ORIGINAL FILED**
APR -7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

April 2, 2008

United States District Court
Eastern District of California
4-200 Robert T. Matsui United States Courthouse 500 Street
Sacramento, CA   95814-7300

Re: Slemmer v. Slemmer, Case No. 08CV0527-JAH(LSP)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return.  Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: ___J. PETERSEN_____
J. Petersen, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF  4/7/08         2:08 - CV - 0741 LKK DAD PC
AND ASSIGNED CASE NUMBER _____

CLERK, U.S. DISTRICT COURT

By: ___K. Yu_____, Deputy